RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRENDA WEKSLER
Assistant Federal Public Defender
Nevada State Bar No. 8124
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brenda_Weksler@fd.org

Attorney for Michael Friedman

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-103-GMN-GWF |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (First Request) |
| MICHAEL FRIEDMAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Dan Schiess, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brenda Weksler, Assistant Federal Public Defender, counsel for Michael Friedman, that the sentencing hearing currently scheduled for Friday, April 21, 2017 at 9:00 am be vacated and set to a date and time convenient to this Court, but no sooner than sixty (60) days.

The Stipulation is entered into for the following reasons:

1. The client is not in custody and does not oppose the continuance.

2. Counsel for the defense needs additional time to investigate and develop mitigating circumstances relevant to sentencing.

3.  Denial of this request for continuance would deny counsel for the defendant sufficient time to effectively and thoroughly prepare, taking into account the exercise of due diligence.

4.  Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, § 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B).

This is the first stipulation to continue filed herein.

DATED this 13th day of March, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| By /s/ *Brenda Weksler*<br>BRENDA WEKSLER<br>Assistant Federal Public Defender | By /s/ *Dan Schiess*<br>DAN SCHIESS<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-103-GMN-GWF |
| Plaintiff, | ORDER |
| v. | |
| MICHAEL FRIEDMAN, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Friday, April 21, 2017, at the hour of 9:00 a.m., be vacated and continued to June 30, 2017 at the hour of 9:00 a.m. in Courtroom 7C.

DATED this 13th day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE

3