RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRENDA WEKSLER
Assistant Federal Public Defender
Nevada State Bar No. 8124
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brenda_Weksler@fd.org

Attorney for Michael Friedman

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL FRIEDMAN,<br><br>        Defendant. | Case No. 2:16-cr-103-GMN-GWF<br><br>**UNOPPOSED MOTION TO CONTINUE SELF SURRENDER DATE**<br><br>**Expedited Treatment Requested** |

COMES NOW defendant Michael Friedman, through his attorney, Assistant Federal Public Defender Brenda Weksler, hereby submits this Unopposed Motion to Continue Self Surrender Date.

DATED this 26th day of September, 2017.

                                      RENE L. VALLADARES
                                      Federal Public Defender

                        By:  */s/ Brenda Weksler*
                                      BRENDA WEKSLER
                                      Assistant Federal Public Defender
                                      Attorney for Michael Friedman

# **MEMORANDUM**

On July 7, 2017, Michael Friedman was sentenced to serve a term of 10 months in prison (5 months in custody and 5 months of home confinement). He was ordered to self-surrender on October 6, 2017. Mr. Friedman has contacted undersigned requesting an extension of 3 months for his self-surrender. The reason underlying his request is his girlfriend's medical condition. *See* Exhibit A (Mr. Friedman's letter) and Exhibit B (medical records attached under seal). Undersigned has contacted the government regarding this request. They do not oppose the request so long as the Court is inclined to grant it.

DATED this 26th day of September, 2017

Respectfully submitted,
RENE L. VALLADARES
Federal Public Defender

By: */s/ Brenda Weksler*
BRENDA WEKSLER
Assistant Federal Public Defender
Attorney for Michael Friedman

**IT IS SO ORDERED.**

**DATED** this 27 day of September, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on September 26, 2017, she served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO CONTINUE SELF SURRENDER DATE** (Expedited Treatment Requested) by electronic service (ECF) to the person named below:

>STEVEN W. MYHRE
>Acting United States Attorney
>DANIEL SCHIESS
>Assistant United States Attorney
>501 Las Vegas Blvd. South
>Suite 1100
>Las Vegas, NV 89101

*/s/ Lauren Conklin*
Employee of the Federal Public Defender

# EXHIBIT "A"

# EXHIBIT "A"

August 25, 2017

Honorable Judge Gloria M. Navarro

United States District Court

333 S. Las Vegas Blvd., 7th Floor

Las Vegas, Nevada  89101

Re: Case # 2:16-cr—00103-GMN-GWF

   Michael Stephen Friedman

Your Honor:

I am to self-surrender by 10/6/2017 and am prepared to do so, but the attached medical reports are showing some serious issues for my girlfriend, who is disabled and appeared in court when I was sentenced. A month ago she started having female bleeding and had tests done and the attached documents are the results, which are serious. We only received these reports last Friday, 10/22/17. She has an appointment with a Gynecologic Oncologist on 10/2/17, but they are trying to get her in sooner if possible. Her parents are deceased and she only has three half siblings, who do not speak to her and live in Idaho. We have tried her friends who live out of state and they have their own responsibilities and if surgery is necessary, as we have been told it will be, they can't just uproot their lives to come heer for more than a month. We are told it could also entail chemo and/or radiation therapy too.

I am asking for a three months extension to report without her seeing the surgeon yet because we don't know exactly lies ahead of her. This is about her life and not mine and I don't know what else to do. The documentation that we currently have is attached for you to review.

Thank you for your consideration.

Michael Friedman