RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRENDA WEKSLER
Assistant Federal Public Defender
Nevada State Bar No. 8124
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brenda_Weksler@fd.org

Attorney for Michael Friedman

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL FRIEDMAN,<br><br>　　　　Defendant. | Case No. 2:16-cr-103-GMN-GWF<br><br>**MOTION TO CONTINUE SELF SURRENDER DATE**<br><br>**Expedited Treatment Requested** |

COMES NOW defendant Michael Friedman, through his attorney, Assistant Federal Public Defender Brenda Weksler, hereby submits this Motion to Continue Self Surrender Date.

DATED this 15th day of December, 2017.

　　　　　　　　　　　　　　　　　　RENE L. VALLADARES
　　　　　　　　　　　　　　　　　　Federal Public Defender

　　　　　　　　　　　　　　　By: */s/ Brenda Weksler*
　　　　　　　　　　　　　　　　　　BRENDA WEKSLER
　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　　　Attorney for Michael Friedman

## MEMORANDUM

On July 7, 2017, Michael Friedman was sentenced to serve a term of 10 months in prison (5 months in custody and 5 months of home confinement). He was ordered to self-surrender on October 6, 2017. Mr. Friedman contacted undersigned requesting an extension of 2 months for his self-surrender and explains the reasons in a letter to this Court (attached as sealed Exhibit A). In essence, his girlfriend's surgery was continued from December 12th to December 26th. The December 12th surgery date would have allowed his girlfriend the ability to be cared for by Mr. Friedman for the following 3 weeks (as he currently needs to self-surrender on January 6, 2018). With the postponement of the surgery, Mr. Friedman would only be able to care for his girlfriend, Diane Morris, for about a week. Ms. Morris has no family and very few friends that can care for her, which explains the pressing need for Mr. Friedman's request to postpone his self-surrender date one more time.

Proof of Ms. Morris' medical condition has been previously provided (and attached again as sealed Exhibit B).

Mr. Friedman is 75 years old. He does not pose a risk of danger to this community. Nor does he pose a threat of non-appearance, as evidenced by his continuous contact with undersigned in relation to his need to self-surrender. Mr. Friedman will comply with this court's orders irrespective of what this Court decides.

DATED this 15th day of December, 2017

Respectfully submitted,
RENE L. VALLADARES
Federal Public Defender

By: */s/ Brenda Weksler*
BRENDA WEKSLER
Assistant Federal Public Defender
Attorney for Michael Friedman

**IT IS SO ORDERED**.

**DATED** this __4__ day of January, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court

2

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on December 15, 2017, she served an electronic copy of the above and foregoing **MOTION TO CONTINUE SELF SURRENDER DATE** (Expedited Treatment Requested) by electronic service (ECF) to the person named below:

>STEVEN W. MYHRE
>Acting United States Attorney
>DANIEL SCHIESS
>Assistant United States Attorney
>501 Las Vegas Blvd. South
>Suite 1100
>Las Vegas, NV 89101

*/s/ Lauren Conklin*
Employee of the Federal Public Defender